UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAKIA ROSE,

                Plaintiff,

-against-

O. GARRITT, Correction Sergeant, et al.,

                Defendants.

**ORDER**

16-CV-03624 (PMH)

PHILIP M. HALPERN, United States District Judge:

      On August 26, 2020, the parties informed the Court that they wished to proceed to trial during the week of February 1, 2021. The Court accordingly requested a jury trial for that week and this case was initially scheduled as the second back-up case for February 2, 2021. However, on January 5, 2021 Chief Judge McMahon issued a First Amended Standing Order (M-10-468), which, in light of the ongoing COVID-19 Pandemic, adjourned all trials scheduled between January 19, 2021 and February 12, 2021. Thus, the Court will request a new jury trial for the second quarter of 2021. Accordingly, the parties are directed to jointly submit, by January 11, 2021, a letter notifying the Court of any dates that the parties are unavailable between April 1, 2021 and June 30, 2021.

                                        SO ORDERED:

Dated:  New York, New York
           January 7, 2021

                                        PHILIP M. HALPERN
                                        United States District Judge