UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAKIA ROSE,

                Plaintiff,

-against-

O. GARRITT, Correction Sergeant, et al.,

                Defendants.

**ORDER**

16-CV-03624 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

    The Clerk's Office has notified the Court that this case has been scheduled as the only case to proceed during the week of June 28, 2021. This means that this case must be trial-ready by that date, as jury selection will begin at Hon. Charles L. Brieant Jr. Federal Building and Courthouse in White Plains, New York, on Monday, June 28, 2021.

                          **SO ORDERED:**

Dated:   White Plains, New York
           March 8, 2021

                          _____
                          PHILIP M. HALPERN
                          United States District Judge