UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAKIA ROSE,

                          Plaintiff,                          **ORDER**

                    -against-                                16-CV-03624 (PMH)

O. GARRITT, Correction Sergeant, et al.,

                          Defendants.

PHILIP M. HALPERN, United States District Judge:

        Pursuant to Rule 4(L) of this Court's Individual Practices, oral argument has been
scheduled on the pending motion *in limine*. The oral argument will be held on June 2, 2021 at 3:00
p.m. at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street,
White Plains, New York 10601. The Court will advise the parties of the courtroom before the
appearance date.

        All members of the public, including attorneys, appearing at a Southern District of New
York courthouse must complete a questionnaire and have their temperature taken before being
allowed entry into that courthouse. On the day that you are due to arrive at the courthouse, click
on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out
the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to
be used as the SDNY entry device at the courthouse entrance.


                                              SO ORDERED:

Dated:    White Plains, New York
          May 21, 2021                        _____
                                              PHILIP M. HALPERN
                                              United States District Judge